5929 TBU SI756

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SOCIETY INSURANCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 21 CV 2925 |
| | ) | |
| LNN INC., MNN INC., WING BROTHERS | ) | |
| INC., and YESENIA ESPARZA, | ) | |
| | ) | |
| Defendants. | ) | |

# EXHIBIT B(1)

## LNN 2015-2016 PRIMARY POLICY DECLARATIONS

# SOCIETY INSURANCE, a mutual company

THIS POLICY IS NON-ASSESSABLE

## BUSINESSOWNERS POLICY DECLARATIONS
## RENEWAL CERTIFICATE

**Insured's Name and Mailing Address**

| | |
|---|---|
| **Policy No.** | ROP 550928 |

L N N INC DBA
WINGSTOP
7140 W ARMITAGE AVE
CHICAGO IL 60707-3814

INCEPTION (Mo. Day Yr.)(12:01 AM Standard Time at your mailing address)
04/10/15

EXPIRATION (Mo. Day Yr.)
04/10/16

'X' IF SUPPLEMENTAL DECLARATION
☒ SUPPLEMENTAL DECLARATION

RENEWAL OR REWRITE OF NO.
ROP 550928

Business Description:

TAVERN/RESTAURANT

Form of Business:

CORPORATION

In return for the payment of the premium and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

| **DESCRIBED PREMISES** | Forms Applicable: ☒ Special |
|---|---|

| Prems. No.    Bldg. No. | Location | Mortgage Holder Name and Address |
|---|---|---|

**SEE ATTACHED SUPPLEMENTAL DECLARATIONS**          **SEE ATTACHED SCHEDULE**

| **PROPERTY** | PREMS. NO. | BLDG. NO. | PREMS. NO. | BLDG. NO. | PREMS. NO. | BLDG. NO. |
|---|---|---|---|---|---|---|

**SEE ATTACHED SUPPLEMENTAL DECLARATIONS**

Deductible $    **SEE ATTACHED SUPPLEMENTAL DECLARATIONS**

**OPTIONAL COVERAGES**

**SEE ATTACHED SUPPLEMENTAL DECLARATIONS**

## LIABILITY AND MEDICAL PAYMENTS

Except for Fire Legal Liability, each paid claim for the following coverages reduces the amount of insurance we provide during the applicable annual Period.  Please refer to paragraph D.4. of the Businessowners Liability Coverage Form.

**Limits of Insurance**

| | | |
|---|---|---|
| Liability and Medical Expenses | $ | 1,000,000 |
| Medical Expenses | $ | 5,000 per person |
| Fire Legal Liability | $ | 100,000 any one fire or explosion |

| | | |
|---|---|---|
| **TERRORISM PREMIUM CHARGE** | $ | 0 |
| **FIRE SURCHARGE** | $ | |
| **TOTAL PREMIUM** | $ | **PAYABLE:** Monthly |
| | | Direct Bill |

**FORMS AND ENDORSEMENTS:  SEE ATTACHED SCHEDULE**

| COUNTERSIGNATURE DATE | AGENCY AT | AGENT AND NUMBER |
|---|---|---|
| 03/02/15 | 2538 N Lincoln | Serpe Insurance |
| | Chicago, IL 60614 | 20134 |

**THESE DECLARATIONS, TOGETHER WITH THE COVERAGE FORM(S), COMMON POLICY CONDITIONS AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.**

THE ABOVE NUMBERED POLICY IS RENEWED FOR A PERIOD OF ONE YEAR. THIS CERTIFICATE IS SUBJECT TO ALL THE TERMS, CONDITIONS, FORMS AND ENDORSEMENTS ATTACHED TO THE POLICY OR TO THIS CERTIFICATE.

BP 2000 (0596)          Includes copyrighted material of Insurance Services Office, Inc., with its permission.  Copyright, Insurance Services Office, Inc., 1984, 1985

C15      90
03/02/15

**Exhibit B(1) 0001**

# SOCIETY INSURANCE, a mutual company

## BUSINESSOWNERS SUPPLEMENTAL DECLARATIONS

Policy Number:  ROP 550928
Named Insured:  L N N INC DBA

Policy Effective Date: 04/10/15

---

DESCRIPTION OF PREMISES – ADDRESSES

| Prems. No. | Bldg. No. | Address |
|---|---|---|
| 1 | 1 | 1740 N HARLEM AVE ELMWOOD PARK, IL |

---

DESCRIPTION OF PREMISES – OCCUPANCY

| Prems. No. | Bldg. No. | Occupancy | Construction | Protection |
|---|---|---|---|---|
| 1 | 1 | TAVERN/RESTAURANT | MASONRY | 4 |

---

COVERAGES PROVIDED

| Prems. No. | Bldg. No. | Coverage | Limit of Insurance | Automatic Increase in Insurance | Deductible | Value |
|---|---|---|---|---|---|---|
| 1 | 1 | BUS PER PROP | 295,900 | 4% | 1,000 | RC |

---

OPTIONAL COVERAGES

| Prems. No. | Bldg. No. | Coverage | Limits | Deductible |
|---|---|---|---|---|
| 1 | 1 | ADDITIONAL INSURED | 1 | |
| 1 | 1 | EMPLOYEE BENEFITS LIABILITY | | |
| | | EACH EMPLOYEE | 1,000,000 | 1,000 |
| | | AGGREGATE | 1,000,000 | |

---

Mortgage Holders -  See Attached Schedule

90          03/02/15

Exhibit B(1) 0002

# SOCIETY INSURANCE, a mutual company

## ADDITIONAL INTEREST – PROPERTY

POLICY # ROP 550928
L N N INC DBA
WINGSTOP
7140 W ARMITAGE AVE
CHICAGO  IL 60707-3814

AGENT  Serpe Insurance
20134

Loss Payee - Paragraph A

WINGSTOP RESTAURANT INC
5501 LBJ FWY FL 5
DALLAS, TX 75240-6225

IL - Loc #1
BP1203

NOTE TO ADDITIONAL INTEREST:  YOUR RIGHT TO COVERAGE UNDER
THIS POLICY IS LIMITED.  READ SPECIFIC TERMS AND CONDITIONS
RELATING TO YOUR INTEREST FOR DETAILS.

Exhibit B(1) 0003

**SOCIETY INSURANCE, a mutual company**

## COMMERCIAL GENERAL
## LIABILITY COVERAGE PART
## SUPPLEMENTAL SCHEDULE

Effective Date:  04/10/15
Expiration Date:  04/10/16

Policy Number:  ROP 550928

Limits:      Occurrence          General Aggregate          Products/Completed Operations Aggregate
      $ 1,000,000          $ 2,000,000                    $ 2,000,000

Agent #  20134

| Classifications | Code No. | Premium Basis | Rates | | Advance Premiums | |
|---|---|---|---|---|---|---|
| | | | Prem./ Ops. | Prod./ Comp. Ops | Prem./ Ops. | Prod./ Comp. Ops. |
| PREM NO. 001 TAVERN/RESTAURANT | 16911 | GROSS SALES | | | | |

90          03/02/15

Exhibit B(1) 0004

**SOCIETY INSURANCE, a mutual company**

# COMMERCIAL LIQUOR
# LIABILITY COVERAGE PART
# SUPPLEMENTAL SCHEDULE

Effective Date: 04/10/15

Expiration Date: 04/10/16

Policy Number: ROP 550928

Limits:  Aggregate  Each Common Cause

1,000,000  1,000,000

Agent # 20134

| Classifications | Code No. | Premium Basis | Rates | | Advance Premiums | |
|---|---|---|---|---|---|---|
| | | | Prem./ Ops | Prod./ Comp. Ops | Prem./ Ops. | Prod./ Comp. Ops |
| PREM NO. 001 LIQUOR LIABILITY - CLASS F | 58161 | | | | | |

90  03/02/15

Exhibit B(1) 0005

SOCIETY INSURANCE, a mutual company

## ADDITIONAL INSURED — LIABILITY

POLICY # ROP 550928
L N N INC DBA
WINGSTOP
7140 W ARMITAGE AVE
CHICAGO  IL 60707-3814

AGENT  Serpe Insurance
20134

ELMWOOD COMMONS LLC
C/O BERN REALTY LLC
420 CLINTON PL
RIVER FOREST, IL 60305-2211

SAI42 - IL - Loc #1

NOTE TO ADDITIONAL INSURED:  YOUR RIGHT TO COVERAGE UNDER THIS
POLICY IS LIMITED.  READ SPECIFIC TERMS AND CONDITIONS RELATING
TO YOUR INTEREST FOR DETAILS.

Exhibit B(1) 0006

SOCIETY INSURANCE, a mutual company

## FORM SCHEDULE

POLICY NUMBER: ROP 550928

## Forms and Endorsements applying to this Coverage Part and made a part of this policy at time of issue:

| Form | Edition | Description |
|------|---------|-------------|
| BP0154 | 0911 | Illinois Changes |
| BP0417 | 0110 | Employment Related Practices Exclusion |
| BP0498 | 0110 | Employee Benefits Liability |
| BP0515 | 0108 | Disclosure Pursuant to Terrorism Risk Ins Act |
| BP0643 | 0406 | Illinois Changes - Defense Costs |
| BP0695 | 0110 | Illinois-Employment-Related Practices Liability End |
| BP1203 | 0110 | Loss Payable Provisions |
| EPL-120 | 1008 | Liability to Non-Employees |
| SAI 42 | 0902 | Additional Insured-Designated Premises - LTD |
| SFE-1 | 0111 | Franchise Extension Endorsement |
| TBP2 | 0813 | Businessowners Special Property Form |
| TBP6 | 0813 | Businessowners Liability Coverage Form |
| TBP 9 | 1008 | Businessowners Common Policy Conditions |
| TBP-84 | 0110 | Property Enhancement Endorsement |
| TBP453 | 0813 | Water Back-up and Sump Overflow |
| ROP310 | 0813 | TRIM-PLUS Extension |
| ROP 500 | 1211 | Businessowners Policy Jacket |
| BP0489 | 0110 | Liquor Liability Coverage |
| BP0503 | 0106 | IL Liquor Liability |

90

Page  1  of  1

Exhibit B(1) 0007

5929 TBU SI756

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SOCIETY INSURANCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.    21 CV 2925 |
| | ) | |
| LNN INC., MNN INC., WING BROTHERS | ) | |
| INC., and YESENIA ESPARZA, | ) | |
| | ) | |
| Defendants. | ) | |

# EXHIBIT B(2)

## LNN 2016-2017 PRIMARY POLICY DECLARATIONS

THIS POLICY
IS NON-ASSESSABLE



a mutual company

**BUSINESSOWNERS
POLICY**

www.societyinsurance.com

BP500 (01-15)

**Exhibit B(2) 0001**

THESE POLICY PROVISIONS WITH THE INFORMATION PAGE AND ENDORSEMENTS,
IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THIS POLICY.

**NOTICE**

**The insured who is named herein is hereby notified that by virtue of this policy is a member of SOCIETY INSURANCE, a mutual company, and is entitled to vote either in person or by proxy at any and all meetings of the company. The annual meetings are held at the home office at Fond du Lac, Wisconsin, on the second Monday of March in each year at 2:00 p.m.**

In Witness Whereof, we have caused this policy to be executed and attested.

*Secretary*
*Jim Thomas*

*President*
*Rick Parks*

# SOCIETY INSURANCE, A MUTUAL COMPANY

150 Camelot Drive P.O. Box 1029, Fond du Lac, WI 54936-1029

## BUSINESSOWNERS
RENEWAL DECLARATION

**POLICY NO:** ROP 550928-4

**ACCOUNT NUMBER:**
**NAMED INSURED AND MAILING ADDRESS**

```
L N N Inc
DBA Wingstop
7140 W Armitage Ave
Chicago, IL 60707-3814
```

**AGENCY AND MAILING ADDRESS**   20134 000

```
Serpe Insurance
2538 N Lincoln
Chicago, IL 60614
```

**POLICY PERIOD:** FROM 04/10/2016 TO 04/10/2017 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**THE NAMED INSURED IS:** Corporation      **BUSINESS DESCRIPTION:** Tavern/Restaurant

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

### DESCRIBED PREMISES

| Prem. No. | Bldg. No. | Premises Address: | Description | Construction Type | Protection Class |
|---|---|---|---|---|---|
| 1 | 1 | 1740 N Harlem Ave, Elmwood Park, IL 60707 | Tavern/Restaurant | Joisted Masonry | 4 |

## SECTION I – PROPERTY

| Property Coverage Limits Of Insurance** | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prem. No. | Bldg. No. | Classification No. | Type Of Property | Valuation Option | Automatic Increase Limit (Percentage) | Business Personal Property – Seasonal Increase (Percentage) | Limit Of Insurance* |
| 1 | 1 | 1 | Business Personal Property-Tavern/Restaurant | Replacement Cost | 4% | 25% | $ 307,736 |

*Includes Automatic Increase Limit Percentage(if applicable)
**Business Income actual loss sustained for 12 months included subject to policy provisions.

| Deductibles (Apply Per Location, Per Occurrence) | | |
|---|---|---|
| Prem. No. | Property Deductible | Windstorm Or Hail Percentage Deductible |

**Exhibit B(2) 0003**

# SOCIETY INSURANCE, A MUTUAL COMPANY

150 Camelot Drive P.O. Box 1029, Fond du Lac, WI 54936-1029

## BUSINESSOWNERS
RENEWAL DECLARATION

| | |
|---|---|
| **POLICY NO:** ROP 550928-4<br>**INSURED:** L N N Inc | **EFFECTIVE DATE:** 04/10/2016<br>**AGENT:** Serpe Insurance |

| | | |
|---|---|---|
| (Location 1, Building 1) | $          1,000 | N/A    % |

| Equipment Breakdown Protection Coverage Deductibles | | |
|---|---|---|
| **Prem. No.** | **Bldg. No.** | **Deductible** |
| 1 | 1 | $          1,000 |

| Additional Coverages – Optional Higher Limits/Extended Number Of Days (Per Policy) | | | |
|---|---|---|---|
| **Coverage** | **Additional Premium** | **Limit Of Insurance/Extended Number Of Days** | **Deductible** |
| **Extended Business Income – Extended Number Of Days** | $          0 | 60 | |

## SECTION II – LIABILITY AND MEDICAL EXPENSES

Each paid claim for the following coverages reduces the amount of insurance we provide during the applicable annual period. Please refer to the Businessowners Liability Coverage Form and any attached endorsements.

| Coverage | Limit Of Insurance | |
|---|---|---|
| **Liability And Medical Expenses** | $     1,000,000 | **Per Occurrence** |
| **Medical Expenses** | $          5,000 | **Per Person** |

Exhibit B(2) 0004

# SOCIETY INSURANCE, A MUTUAL COMPANY

150 Camelot Drive P.O. Box 1029, Fond du Lac, WI 54936-1029

## BUSINESSOWNERS

RENEWAL DECLARATION

| | |
|---|---|
| **POLICY NO:** ROP 550928-4<br>**INSURED:** L N N Inc | **EFFECTIVE DATE:** 04/10/2016<br>**AGENT:** Serpe Insurance |

| Coverage | Limit Of Insurance | |
|---|---|---|
| **Damage To Premises Rented To You** | $ | 100,000 **Any One Premises** |
| **Other Than Products/Completed Operations Aggregate** | $ | 2,000,000 |
| **Products/Completed Operations Aggregate** | $ | 2,000,000 |

| | |
|---|---|
| TOTAL BUSINESSOWNERS POLICY PREMIUM | $ |

| | |
|---|---|
| TOTAL PREMIUM | $ |

**FORMS AND ENDORSEMENTS**
**APPLYING TO THIS COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:**
See Forms Schedule
**NOTE:  IF NO ENTRY APPEARS ON THE ABOVE ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.**

**Exhibit B(2) 0005**

# SOCIETY INSURANCE, A MUTUAL COMPANY

150 Camelot Drive P.O. Box 1029, Fond du Lac, WI 54936-1029

## BUSINESSOWNERS LIABILITY

RENEWAL DECLARATION

**LOCATION OF ALL PREMISES YOU OWN, RENT OR OCCUPY:**

1   1740 N Harlem Ave, Elmwood Park, IL 60707 4304

| LOC | CLASSIFICATION | CODE | PREMIUM BASIS | EXPOSURE | PMS RATE | PDTS RATE | OTHER RATE |
|-----|----------------|------|---------------|----------|----------|-----------|------------|
| 1 | Tavern/Restaurant | 16911 | Gross Sales | | | | |
| 1 | TRIM-PLUS On Premises Liquor Sales Less Than or Equal to 25% | 58161 | Gross Sales | | | | |

| | |
|---|---|
| TOTAL BUSINESSOWNERS LIABILITY PREMIUM | $ |

| | |
|---|---|
| TOTAL PREMIUM | $ |

**FORMS AND ENDORSEMENTS**
**APPLYING TO THIS COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:**
See Forms Schedule

**NOTE:  IF NO ENTRY APPEARS ON THE ABOVE ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.**

Exhibit B(2) 0006

# SOCIETY INSURANCE, A MUTUAL COMPANY

150 Camelot Drive P.O. Box 1029, Fond du Lac, WI 54936-1029

**BUSINESSOWNERS PACKAGE POLICY**

PREMIUM SUMMARY

| | |
|---|---|
| TOTAL BUSINESSOWNERS PREMIUM | $ |

| | |
|---|---|
| TOTAL BUSINESSOWNERS LIABILITY PREMIUM | $ |

| | |
|---|---|
| TOTAL BUSINESSOWNERS PACKAGE POLICY PREMIUM | $ |

**THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS, AND SUPPLEMENTAL FORM DECLARATION(S), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY**

Exhibit B(2) 0007

# SOCIETY INSURANCE, A MUTUAL COMPANY

150 Camelot Drive P.O. Box 1029, Fond du Lac, WI 54936-1029

## FORMS SCHEDULE

**POLICY NO:** ROP 550928-4

**ACCOUNT NUMBER:** 20134

**NAMED INSURED AND MAILING ADDRESS**

```
L N N Inc
7140 W Armitage Ave
Chicago, IL 60707-3814
```

**AGENCY AND MAILING ADDRESS** 000

```
Serpe Insurance
2538 N Lincoln
Chicago, IL 60614
```

**POLICY PERIOD:** FROM 04/10/2016 TO 04/10/2017 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**NOTE: IF NO ENTRY APPEARS ON THE FOLLOWING ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.**

| BUSINESSOWNERS POLICY FORMS | |
|---|---|
| BP0154 03-15 | Illinois Changes |
| BP0503 01-06 | Illinois Liquor Liability Coverage |
| BP0643 04-06 | Illinois Changes - Defense Costs |
| BP0695 01-10 | Illinois - Employment-Related Practices Liability Endorsement |
| BP0417 01-10 | Employment-Related Practices Exclusion |
| BP0498 07-13 | Employee Benefits Liability Coverage |
| BP0515 01-15 | Disclosure Pursuant To Terrorism Risk Insurance Act |
| BP1203 01-10 | Loss Payable Clauses |
| TBP6 05-15 | Businessowners Liability Coverage Form |
| TBP84 05-15 | Property Enhancement Endorsement Green Environmental and Energy Efficiency Improvements |
| TBP453 05-15 | Water Backup And Sump Overflow |
| TBP2109 12-15 | Exclusion - Unmanned Aircraft |
| TBP2 05-15 | Businessowners Special Property Coverage Form |
| TBP12 05-15 | Product Spoilage |
| SFE1 05-15 | Franchise Ext SFE1 |
| SAI42 09-02 | Additional Insured - Designated Premises - Limited |
| TBP9 10-08 | Businessowners Common Policy Conditions |
| EPL120 10-08 | Liability to Non-Employees |
| ROP310 05-15 | TRIM-PLUS Extension Endorsement |

**Exhibit B(2) 0008**

5929 TBU SI756

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SOCIETY INSURANCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.   21 CV 2925 |
| | ) | |
| LNN INC., MNN INC., WING BROTHERS | ) | |
| INC., and YESENIA ESPARZA, | ) | |
| | ) | |
| Defendants. | ) | |

# EXHIBIT B(3)

## LNN 2017-2018 PRIMARY POLICY DECLARATIONS

THIS POLICY
IS NON-ASSESSABLE



a mutual company

**BUSINESSOWNERS
POLICY**

www.societyinsurance.com

Exhibit B(3) 0001

THESE POLICY PROVISIONS WITH THE INFORMATION PAGE AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THIS POLICY.

**NOTICE**

**The insured who is named herein is hereby notified that by virtue of this policy is a member of SOCIETY INSURANCE, a mutual company, and is entitled to vote either in person or by proxy at any and all meetings of the company.  The annual meetings are held at the home office at Fond du Lac, Wisconsin, on the second Monday of March in each year at 2:00 p.m.**

In Witness Whereof, we have caused this policy to be executed and attested.

*Secretary*
*Jim Thomas*

*President*
*Rick Parks*

# SOCIETY INSURANCE, A MUTUAL COMPANY

150 Camelot Drive P.O. Box 1029, Fond du Lac, WI 54936-1029

## BUSINESSOWNERS
RENEWAL DECLARATION

| | |
|---|---|
| **POLICY NO:** ROP 550928-5 | |
| **RENEWAL OF** ROP 550928-4 | |

**ACCOUNT NUMBER:**

**NAMED INSURED AND MAILING ADDRESS**

```
L N N Inc
DBA Wingstop
7140 W Armitage Ave
Chicago, IL 60707-3814
```

**AGENCY AND MAILING ADDRESS**  20134 000

```
Serpe Insurance
2538 N Lincoln
Chicago, IL 60614
```

**POLICY PERIOD:** FROM 04/10/2017 TO 04/10/2018 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**THE NAMED INSURED IS:** Corporation      **BUSINESS DESCRIPTION:** Tavern/Restaurant

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

### DESCRIBED PREMISES

| Prem. No. | Bldg. No. | Premises Address: | Description | Construction Type | Protection Class |
|---|---|---|---|---|---|
| 1 | 1 | 1740 N Harlem Ave, Elmwood Park, IL 60707 | Tavern/Restaurant | Joisted Masonry | 4 |

## SECTION I – PROPERTY

| Property Coverage Limits Of Insurance** | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prem. No. | Bldg. No. | Classification No. | Type Of Property | Valuation Option | Automatic Increase Limit (Percentage) | Business Personal Property – Seasonal Increase (Percentage) | Limit Of Insurance* |
| 1 | 1 | 1 | Business Personal Property- Tavern/Restaurant | Replacement Cost | 4% | 25% | $ 320,045 |

*Includes Automatic Increase Limit Percentage(if applicable)
**Business Income actual loss sustained for 12 months included subject to policy provisions.

| Deductibles (Apply Per Location, Per Occurrence) | | |
|---|---|---|
| Prem. No. | Property Deductible | Windstorm Or Hail Percentage Deductible |

**Exhibit B(3) 0003**

# SOCIETY INSURANCE, A MUTUAL COMPANY

150 Camelot Drive P.O. Box 1029, Fond du Lac, WI 54936-1029

## BUSINESSOWNERS

RENEWAL DECLARATION

| | |
|---|---|
| **POLICY NO:** ROP 550928-5<br>**INSURED:** L N N Inc | **EFFECTIVE DATE:** 04/10/2017<br>**AGENT:** Serpe Insurance |

| | | |
|---|---|---|
| (Location 1, Building 1) | $ 1,000 | N/A % |

### Equipment Breakdown Protection Coverage Deductibles

| Prem. No. | Bldg. No. | Deductible |
|---|---|---|
| 1 | 1 | $ 1,000 |

### Additional Coverages – Optional Higher Limits/Extended Number Of Days (Per Policy)

| Coverage | Additional Premium | Limit Of Insurance/Extended Number Of Days | Deductible |
|---|---|---|---|
| Extended Business Income – Extended Number Of Days | $ 0 | 60 | |

### SECTION II – LIABILITY AND MEDICAL EXPENSES

Each paid claim for the following coverages reduces the amount of insurance we provide during the applicable annual period. Please refer to the Businessowners Liability Coverage Form and any attached endorsements.

| Coverage | Limit Of Insurance | |
|---|---|---|
| Liability And Medical Expenses | $ 1,000,000 | Per Occurrence |
| Medical Expenses | $ 5,000 | Per Person |

**Exhibit B(3) 0004**

# SOCIETY INSURANCE, A MUTUAL COMPANY

150 Camelot Drive P.O. Box 1029, Fond du Lac, WI 54936-1029

## BUSINESSOWNERS

RENEWAL DECLARATION

**POLICY NO:** ROP 550928-5
**INSURED:** L N N Inc

**EFFECTIVE DATE:** 04/10/2017
**AGENT:** Serpe Insurance

| Coverage | Limit Of Insurance | |
|---|---|---|
| **Damage To Premises Rented To You** | $ | 100,000    **Any One Premises** |
| **Other Than Products/Completed Operations Aggregate** | $ | 2,000,000 |
| **Products/Completed Operations Aggregate** | $ | 2,000,000 |

| | |
|---|---|
| TOTAL BUSINESSOWNERS POLICY PREMIUM | $ |

| | |
|---|---|
| TOTAL PREMIUM | $ |

**FORMS AND ENDORSEMENTS**
**APPLYING TO THIS COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:**
See Forms Schedule
**NOTE: IF NO ENTRY APPEARS ON THE ABOVE ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.**

**Exhibit B(3) 0005**

# SOCIETY INSURANCE, A MUTUAL COMPANY

150 Camelot Drive P.O. Box 1029, Fond du Lac, WI 54936-1029

## BUSINESSOWNERS LIABILITY

RENEWAL DECLARATION

**LOCATION OF ALL PREMISES YOU OWN, RENT OR OCCUPY:**

1   1740 N Harlem Ave, Elmwood Park, IL 60707 4304

| LOC | CLASSIFICATION | CODE | PREMIUM BASIS | EXPOSURE | PMS RATE | PDTS RATE | OTHER RATE |
|-----|----------------|------|---------------|----------|----------|-----------|------------|
| 1 | Tavern/Restaurant | 16911 | Gross Sales | | | | |
| 1 | TRIM-PLUS On Premises Liquor Sales Less Than or Equal to 25% | 58161 | Gross Sales | | | | |

| | |
|---|---|
| TOTAL BUSINESSOWNERS LIABILITY PREMIUM | $ |

| | |
|---|---|
| TOTAL PREMIUM | $ |

**FORMS AND ENDORSEMENTS**
**APPLYING TO THIS COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:**
See Forms Schedule

**NOTE:  IF NO ENTRY APPEARS ON THE ABOVE ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.**

**Exhibit B(3) 0006**

# SOCIETY INSURANCE, A MUTUAL COMPANY

150 Camelot Drive P.O. Box 1029, Fond du Lac, WI 54936-1029

## BUSINESSOWNERS PACKAGE POLICY
### PREMIUM SUMMARY

| TOTAL BUSINESSOWNERS PREMIUM | $ |
|---|---|

| TOTAL BUSINESSOWNERS LIABILITY PREMIUM | $ |
|---|---|

| TOTAL BUSINESSOWNERS PACKAGE POLICY PREMIUM | $ |
|---|---|

**THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS, AND SUPPLEMENTAL FORM DECLARATION(S), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY**

**Exhibit B(3) 0007**

# SOCIETY INSURANCE, A MUTUAL COMPANY

150 Camelot Drive P.O. Box 1029, Fond du Lac, WI 54936-1029

## FORMS SCHEDULE

**POLICY NO:** ROP 550928-5

**RENEWAL OF** ROP 550928-4

**ACCOUNT NUMBER:**                                                        20134
**NAMED INSURED AND MAILING ADDRESS**     **AGENCY AND MAILING ADDRESS**          000

```
L N N Inc                         Serpe Insurance
7140 W Armitage Ave               2538 N Lincoln
Chicago, IL 60707-3814            Chicago, IL 60614
```

**POLICY PERIOD:** FROM 04/10/2017 TO 04/10/2018 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**NOTE: IF NO ENTRY APPEARS ON THE FOLLOWING ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.**

| BUSINESSOWNERS POLICY FORMS | |
|---|---|
| BP0154 02-17 | Illinois Changes |
| BP0503 01-06 | Illinois Liquor Liability Coverage |
| BP0643 04-06 | Illinois Changes - Defense Costs |
| BP0695 01-10 | Illinois - Employment-Related Practices Liability Endorsement |
| BP0417 01-10 | Employment-Related Practices Exclusion |
| BP0498 07-13 | Employee Benefits Liability Coverage |
| BP0515 01-15 | Disclosure Pursuant To Terrorism Risk Insurance Act |
| BP1203 01-10 | Loss Payable Clauses |
| TBP453 11-16 | Water Backup And Sump Overflow |
| TBP84 05-15 | Property Enhancement Endorsement Green Environmental and Energy Efficiency Improvements |
| TBP6 05-15 | Businessowners Liability Coverage Form |
| TBP2109 12-15 | Exclusion - Unmanned Aircraft |
| TBP2 05-15 | Businessowners Special Property Coverage Form |
| TBP12 05-15 | Product Spoilage |
| SFE1 05-15 | Franchise Ext SFE1 |
| SAI42 09-02 | Additional Insured - Designated Premises - Limited |
| TBP9 10-08 | Businessowners Common Policy Conditions |
| EPL120 10-08 | Liability to Non-Employees |
| ROP310 05-15 | TRIM-PLUS Extension Endorsement |

**Exhibit B(3) 0008**

5929 TBU SI756

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

SOCIETY INSURANCE,         )
                                    )
       Plaintiff,          )
v.                            )     Case No.    **21 CV 2925**
                                    )
LNN INC., MNN INC., WING BROTHERS)
INC., and YESENIA ESPARZA,     )
                                    )
       Defendants.       )

# EXHIBIT B(4)

# LNN 2018-2019 PRIMARY POLICY DECLARATIONS

THIS POLICY
IS NON-ASSESSABLE



a mutual company

**BUSINESSOWNERS
POLICY**

www.societyinsurance.com

BP500 (01-15)

**Exhibit B(4) 0001**

THESE POLICY PROVISIONS WITH THE INFORMATION PAGE AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THIS POLICY.

**NOTICE**

**The insured who is named herein is hereby notified that by virtue of this policy is a member of SOCIETY INSURANCE, a mutual company, and is entitled to vote either in person or by proxy at any and all meetings of the company. The annual meetings are held at the home office at Fond du Lac, Wisconsin, on the second Monday of March in each year at 2:00 p.m.**

In Witness Whereof, we have caused this policy to be executed and attested.

*Secretary*
*Jim Thomas*

*President*
*Rick Parks*

# SOCIETY INSURANCE, A MUTUAL COMPANY

150 Camelot Drive P.O. Box 1029, Fond du Lac, WI 54936-1029

## BUSINESSOWNERS
RENEWAL DECLARATION

| | |
|---|---|
| **POLICY NO:** ROP 550928-6 | |
| **RENEWAL OF** ROP 550928-5 | |

**ACCOUNT NUMBER:**
**NAMED INSURED AND MAILING ADDRESS**

```
LNN Inc
DBA Wingstop
7140 W Armitage Ave
Chicago, IL 60707-3814
```

**AGENCY AND MAILING ADDRESS**   20134 000

```
Serpe Insurance
2538 N Lincoln
Chicago, IL 60614
```

**POLICY PERIOD:** FROM 04/10/2018 TO 04/10/2019 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**THE NAMED INSURED IS:** Corporation     **BUSINESS DESCRIPTION:** See Described Premises section

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

### DESCRIBED PREMISES

| Prem. No. | Bldg. No. | Premises Address: | Description | Construction Type | Protection Class |
|---|---|---|---|---|---|
| 1 | 1 | 1740 N Harlem Ave, Elmwood Park, IL 60707 | Tavern/Restaurant | Joisted Masonry | 4 |

## SECTION I — PROPERTY

| Property Coverage Limits Of Insurance** | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prem. No. | Bldg. No. | Classification No. | Type Of Property | Valuation Option | Automatic Increase Limit (Percentage) | Business Personal Property — Seasonal Increase (Percentage) | Limit Of Insurance* |
| 1 | 1 | 1 | Business Personal Property-Fast Food Restaurants -NOC - Full Cooking | Replacement Cost | 4% | 25% | $         332,847 |

*Includes Automatic Increase Limit Percentage(if applicable)
**Business Income actual loss sustained for 12 months included subject to policy provisions.

| Deductibles (Apply Per Location, Per Occurrence) | | |
|---|---|---|
| Prem. No. | Property Deductible | Windstorm Or Hail Percentage Deductible |

**Exhibit B(4) 0003**

# SOCIETY INSURANCE, A MUTUAL COMPANY

150 Camelot Drive P.O. Box 1029, Fond du Lac, WI 54936-1029

## BUSINESSOWNERS
RENEWAL DECLARATION

| | |
|---|---|
| **POLICY NO:** ROP 550928-6 <br> **INSURED:** LNN Inc | **EFFECTIVE DATE:** 04/10/2018 <br> **AGENT:** Serpe Insurance |

| | | |
|---|---|---|
| (Location 1, Building 1) | $ 1,000 | N/A % |

### Equipment Breakdown Protection Coverage Deductibles

| Prem. No. | Bldg. No. | Deductible |
|---|---|---|
| 1 | 1 | $ 1,000 |

### Additional Coverages – Optional Higher Limits/Extended Number Of Days (Per Policy)

| Coverage | Additional Premium | Limit Of Insurance/Extended Number Of Days | Deductible |
|---|---|---|---|
| Extended Business Income – Extended Number Of Days | $ 0 | 60 | |

## SECTION II – LIABILITY AND MEDICAL EXPENSES

Each paid claim for the following coverages reduces the amount of insurance we provide during the applicable annual period. Please refer to the Businessowners Liability Coverage Form and any attached endorsements.

| Coverage | Limit Of Insurance | |
|---|---|---|
| **Liability And Medical Expenses** | $ 1,000,000 | **Per Occurrence** |
| **Medical Expenses** | $ 5,000 | **Per Person** |

**Exhibit B(4) 0004**

# SOCIETY INSURANCE, A MUTUAL COMPANY

150 Camelot Drive P.O. Box 1029, Fond du Lac, WI 54936-1029

## BUSINESSOWNERS
RENEWAL DECLARATION

| | |
|---|---|
| **POLICY NO:** ROP 550928-6 | **EFFECTIVE DATE:** 04/10/2018 |
| **INSURED:** LNN Inc | **AGENT:** Serpe Insurance |

| Coverage | Limit Of Insurance | |
|---|---|---|
| **Damage To Premises Rented To You** | $ 100,000 | **Any One Premises** |
| **Other Than Products/Completed Operations Aggregate** | $ 2,000,000 | |
| **Products/Completed Operations Aggregate** | $ 2,000,000 | |

| | |
|---|---|
| TOTAL BUSINESSOWNERS POLICY PREMIUM | $ |

| | |
|---|---|
| TOTAL PREMIUM | $ |

**FORMS AND ENDORSEMENTS**
**APPLYING TO THIS COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:**
See Forms Schedule
**NOTE:  IF NO ENTRY APPEARS ON THE ABOVE ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.**

BP-DECLARATION 01-15

**Exhibit B(4) 0005**

# SOCIETY INSURANCE, A MUTUAL COMPANY

150 Camelot Drive P.O. Box 1029, Fond du Lac, WI 54936-1029

## BUSINESSOWNERS LIABILITY

RENEWAL DECLARATION

**LOCATION OF ALL PREMISES YOU OWN, RENT OR OCCUPY:**

1   1740 N Harlem Ave, Elmwood Park, IL 60707 4304

| LOC | CLASSIFICATION | CODE | PREMIUM BASIS | EXPOSURE | PMS RATE | PDTS RATE | OTHER RATE |
|-----|----------------|------|---------------|----------|----------|-----------|------------|
| 1 | Restaurants – with sales of alcoholic beverages that are less than 30% of the total annual receipts of the restaurants – without table service | 16911 | Gross Sales | | | | |
| 1 | TRIM-PLUS On Premises Liquor Sales Less Than or Equal to 25% | 58161 | Gross Sales | | | | |

| | |
|---|---|
| TOTAL BUSINESSOWNERS LIABILITY PREMIUM | $ |

| | |
|---|---|
| TOTAL PREMIUM | $ |

**FORMS AND ENDORSEMENTS**
**APPLYING TO THIS COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:**
See Forms Schedule

**NOTE:  IF NO ENTRY APPEARS ON THE ABOVE ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.**

Exhibit B(4) 0006

# SOCIETY INSURANCE, A MUTUAL COMPANY

150 Camelot Drive P.O. Box 1029, Fond du Lac, WI 54936-1029

**BUSINESSOWNERS PACKAGE POLICY**

PREMIUM SUMMARY

| TOTAL BUSINESSOWNERS PREMIUM | $ |
|---|---|

| TOTAL BUSINESSOWNERS LIABILITY PREMIUM | $ |
|---|---|

| TOTAL BUSINESSOWNERS PACKAGE POLICY PREMIUM | $ |
|---|---|

**THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS, AND SUPPLEMENTAL FORM DECLARATION(S), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY**

Exhibit B(4) 0007

# SOCIETY INSURANCE, A MUTUAL COMPANY

150 Camelot Drive P.O. Box 1029, Fond du Lac, WI 54936-1029

## FORMS SCHEDULE

| | |
|---|---|
| **POLICY NO:** ROP 550928-6 | |
| **RENEWAL OF** ROP 550928-5 | |

**ACCOUNT NUMBER:**                                                                                20134
**NAMED INSURED AND MAILING ADDRESS**          **AGENCY AND MAILING ADDRESS**          000

| | |
|---|---|
| LNN Inc<br>7140 W Armitage Ave<br>Chicago, IL 60707-3814 | Serpe Insurance<br>2538 N Lincoln<br>Chicago, IL 60614 |

**POLICY PERIOD:** FROM 04/10/2018 TO 04/10/2019 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**NOTE: IF NO ENTRY APPEARS ON THE FOLLOWING ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.**

| BUSINESSOWNERS POLICY FORMS | |
|---|---|
| BP0154 01-18 | Illinois Changes |
| BP0503 01-06 | Illinois Liquor Liability Coverage |
| BP0643 04-06 | Illinois Changes - Defense Costs |
| BP0695 01-10 | Illinois - Employment-Related Practices Liability Endorsement |
| BP0417 01-10 | Employment-Related Practices Exclusion |
| BP0498 07-13 | Employee Benefits Liability Coverage |
| BP0515 01-15 | Disclosure Pursuant To Terrorism Risk Insurance Act |
| BP1203 01-10 | Loss Payable Clauses |
| TBP453 11-16 | Water Backup And Sump Overflow |
| TBP6 05-15 | Businessowners Liability Coverage Form |
| TBP84 05-15 | Property Enhancement Endorsement Green Environmental and Energy Efficiency Improvements |
| TBP440 08-17 | Asbestos - Exclusion |
| TBP2109 12-15 | Exclusion - Unmanned Aircraft |
| TBP2 05-15 | Businessowners Special Property Coverage Form |
| TBP12 05-15 | Product Spoilage |
| SFE1 05-15 | Franchise Ext SFE1 |
| SAI42 09-02 | Additional Insured - Designated Premises - Limited |
| TBP9 10-08 | Businessowners Common Policy Conditions |
| EPL120 10-08 | Liability to Non-Employees |
| BP1505 05-14 | Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability - Limited Bodily Injury Exception Not Included |
| ROP310 05-15 | TRIM-PLUS Extension Endorsement |

| BUSINESSOWNERS LIABILTY FORMS |
|---|

03-09-18                                              tlv                                        Page 1 of 1
SB-FORMS-SCHEDULE 01-15

**Exhibit B(4) 0008**

5929 TBU SI756

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

SOCIETY INSURANCE,         )
                                )
      Plaintiff,        )
v.                            )     Case No.     21 CV 2925
                                )
LNN INC., MNN INC., WING BROTHERS)
INC., and YESENIA ESPARZA,     )
                                )
      Defendants.     )

# EXHIBIT B(5)

## LNN 2019-2020 PRIMARY POLICY DECLARATIONS

THIS POLICY
IS NON-ASSESSABLE



a mutual company

**BUSINESSOWNERS
POLICY**

www.societyinsurance.com

BP500 (01-15)

**Exhibit B(5) 0001**

THESE POLICY PROVISIONS WITH THE INFORMATION PAGE AND ENDORSEMENTS,
IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THIS POLICY.

**NOTICE**

**The insured who is named herein is hereby notified that by virtue of this policy is a member of SOCIETY INSURANCE, a mutual company, and is entitled to vote either in person or by proxy at any and all meetings of the company.  The annual meetings are held at the home office at Fond du Lac, Wisconsin, on the second Monday of March in each year at 2:00 p.m.**

In Witness Whereof, we have caused this policy to be executed and attested.

*Secretary*
*Jim Thomas*

*President*
*Rick Parks*

# SOCIETY INSURANCE, A MUTUAL COMPANY

150 Camelot Drive P.O. Box 1029, Fond du Lac, WI 54936-1029

## BUSINESSOWNERS

RENEWAL DECLARATION

| | |
|---|---|
| **POLICY NO:** ROP 550928-7 | |
| **RENEWAL OF** ROP 550928-6 | |

**ACCOUNT NUMBER:**

**NAMED INSURED AND MAILING ADDRESS**

```
LNN Inc
DBA Wingstop
7140 W Armitage Ave
Chicago, IL 60707-3814
```

**AGENCY AND MAILING ADDRESS**   20134 000

```
Serpe Insurance
2538 N Lincoln
Chicago, IL 60614
```

**POLICY PERIOD:** FROM 04/10/2019 TO 04/10/2020 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**THE NAMED INSURED IS:** Corporation          **BUSINESS DESCRIPTION:** See Described Premises section

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

## DESCRIBED PREMISES

| Prem. No. | Bldg. No. | Premises Address: | Description | Construction Type | Protection Class |
|---|---|---|---|---|---|
| 1 | 1 | 1740 N Harlem Ave, Elmwood Park, IL 60707 | Tavern/Restaurant | Joisted Masonry | 4 |

## SECTION I – PROPERTY

| Property Coverage Limits Of Insurance** | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prem. No. | Bldg. No. | Classification No. | Type Of Property | Valuation Option | Automatic Increase Limit (Percentage) | Business Personal Property – Seasonal Increase (Percentage) | Limit Of Insurance* |
| 1 | 1 | 1 | Business Personal Property-Fast Food Restaurants - NOC - Full Cooking | Replacement Cost | 4% | 25% | $ 346,161 |

*Includes Automatic Increase Limit Percentage(if applicable)
**Business Income actual loss sustained for 12 months included subject to policy provisions.

| Deductibles (Apply Per Location, Per Occurrence) | | |
|---|---|---|
| Prem. No. | Property Deductible | Windstorm Or Hail Percentage Deductible |

Exhibit B(5) 0003

# SOCIETY INSURANCE, A MUTUAL COMPANY

150 Camelot Drive P.O. Box 1029, Fond du Lac, WI 54936-1029

## BUSINESSOWNERS
RENEWAL DECLARATION

| | |
|---|---|
| **POLICY NO:** ROP 550928-7<br>**INSURED:** LNN Inc | **EFFECTIVE DATE:** 04/10/2019<br>**AGENT:** Serpe Insurance |

| | | |
|---|---|---|
| (Location 1, Building 1) | $ 1,000 | N/A % |

| Equipment Breakdown Protection Coverage Deductibles | | |
|---|---|---|
| **Prem. No.** | **Bldg. No.** | **Deductible** |
| 1 | 1 | $ 1,000 |

| Additional Coverages – Optional Higher Limits/Extended Number Of Days (Per Policy) | | | |
|---|---|---|---|
| **Coverage** | **Additional Premium** | **Limit Of Insurance/Extended Number Of Days** | **Deductible** |
| **Extended Business Income – Extended Number Of Days** | $ 0 | 60 | |

## SECTION II – LIABILITY AND MEDICAL EXPENSES

Each paid claim for the following coverages reduces the amount of insurance we provide during the applicable annual period. Please refer to the Businessowners Liability Coverage Form and any attached endorsements.

| Coverage | Limit Of Insurance | |
|---|---|---|
| **Liability And Medical Expenses** | $ 1,000,000 | **Per Occurrence** |
| **Medical Expenses** | $ 5,000 | **Per Person** |

**Exhibit B(5) 0004**

# SOCIETY INSURANCE, A MUTUAL COMPANY
150 Camelot Drive P.O. Box 1029, Fond du Lac, WI 54936-1029
## BUSINESSOWNERS
RENEWAL DECLARATION

| | |
|---|---|
| **POLICY NO:** ROP 550928-7 | **EFFECTIVE DATE:** 04/10/2019 |
| **INSURED:** LNN Inc | **AGENT:** Serpe Insurance |

| Coverage | Limit Of Insurance | |
|---|---|---|
| **Damage To Premises Rented To You** | $ | 100,000   **Any One Premises** |
| **Other Than Products/Completed Operations Aggregate** | $ | 2,000,000 |
| **Products/Completed Operations Aggregate** | $ | 2,000,000 |

| | |
|---|---|
| TOTAL BUSINESSOWNERS POLICY PREMIUM | $ |

| | |
|---|---|
| TOTAL PREMIUM | $ |

**FORMS AND ENDORSEMENTS**
**APPLYING TO THIS COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:**
See Forms Schedule
**NOTE:  IF NO ENTRY APPEARS ON THE ABOVE ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.**

# SOCIETY INSURANCE, A MUTUAL COMPANY

150 Camelot Drive P.O. Box 1029, Fond du Lac, WI 54936-1029

## BUSINESSOWNERS LIABILITY

RENEWAL DECLARATION

**LOCATION OF ALL PREMISES YOU OWN, RENT OR OCCUPY:**
1   1740 N Harlem Ave, Elmwood Park, IL 60707 4304

| LOC | CLASSIFICATION | CODE | PREMIUM BASIS | EXPOSURE | PMS RATE | PDTS RATE | OTHER RATE | PD DED APPLIES |
|---|---|---|---|---|---|---|---|---|
| 1 | Restaurants - with sales of alcoholic beverages that are less than 30% of the total annual receipts of the restaurants - without table service | 16911 | Square Footage | | | | | |
| 1 | TopChoice, Liquor Sales Less Than Or Equal To 25% | 58161 | Gross Sales | | | | | |

| | |
|---|---|
| TOTAL BUSINESSOWNERS LIABILITY PREMIUM | $ |

| | |
|---|---|
| TOTAL PREMIUM | $ |

**FORMS AND ENDORSEMENTS**
**APPLYING TO THIS COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:**
See Forms Schedule

**NOTE:  IF NO ENTRY APPEARS ON THE ABOVE ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.**

**Exhibit B(5) 0006**

# SOCIETY INSURANCE, A MUTUAL COMPANY

150 Camelot Drive P.O. Box 1029, Fond du Lac, WI 54936-1029

**BUSINESSOWNERS PACKAGE POLICY**

PREMIUM SUMMARY

| | |
|---|---|
| TOTAL BUSINESSOWNERS PREMIUM | $ |

| | |
|---|---|
| TOTAL BUSINESSOWNERS LIABILITY PREMIUM | $ |

| | |
|---|---|
| TOTAL SURCHARGE | $ |

| | |
|---|---|
| TOTAL BUSINESSOWNERS PACKAGE POLICY PREMIUM | $ |

**THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS, AND SUPPLEMENTAL FORM DECLARATION(S), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY**

Exhibit B(5) 0007

# SOCIETY INSURANCE, A MUTUAL COMPANY

150 Camelot Drive P.O. Box 1029, Fond du Lac, WI 54936-1029

## FORMS SCHEDULE

POLICY NO: ROP 550928-7

RENEWAL OF ROP 550928-6

ACCOUNT NUMBER:                                  20134

**NAMED INSURED AND MAILING ADDRESS**       **AGENCY AND MAILING ADDRESS**    000

LNN Inc
7140 W Armitage Ave
Chicago, IL 60707-3814

Serpe Insurance
2538 N Lincoln
Chicago, IL 60614

**POLICY PERIOD:** FROM 04/10/2019 TO 04/10/2020 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**NOTE: IF NO ENTRY APPEARS ON THE FOLLOWING ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.**

| BUSINESSOWNERS POLICY FORMS | |
|---|---|
| BP0154 01-18 | Illinois Changes |
| BP0503 01-06 | Illinois Liquor Liability Coverage |
| BP0643 04-06 | Illinois Changes - Defense Costs |
| BP0695 01-10 | Illinois - Employment-Related Practices Liability Endorsement |
| BP0417 01-10 | Employment-Related Practices Exclusion |
| BP0498 07-13 | Employee Benefits Liability Coverage |
| BP0515 01-15 | Disclosure Pursuant To Terrorism Risk Insurance Act |
| BP1203 01-10 | Loss Payable Clauses |
| TBP453 11-16 | Water Backup And Sump Overflow |
| TCE310 10-18 | TopChoice Extension Endorsement |
| TBP9 10-08 | Businessowners Common Policy Conditions |
| TBP84 05-15 | Property Enhancement Endorsement Green Environmental and Energy Efficiency Improvements |
| TBP6 05-15 | Businessowners Liability Coverage Form |
| TBP440 08-17 | Asbestos - Exclusion |
| TBP2109 12-15 | Exclusion - Unmanned Aircraft |
| TBP2 05-15 | Businessowners Special Property Coverage Form |
| TBP12 05-15 | Product Spoilage |
| SFE1 05-15 | Franchise Ext SFE1 |
| EPL120 10-08 | Liability to Non-Employees |
| BP1505 05-14 | Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability - Limited Bodily Injury Exception Not Included |
| SAI42 09-02 | Additional Insured - Designated Premises - Limited |

**Exhibit B(5) 0008**

5929 TBU SI756

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

SOCIETY INSURANCE,    )
          )
   Plaintiff,    )
v.          )  Case No.  **21 CV 2925**
          )
LNN INC., MNN INC., WING BROTHERS)
INC., and YESENIA ESPARZA,  )
          )
   Defendants.   )

# EXHIBIT B(6)

# LNN 2020-2021 PRIMARY POLICY DECLARATIONS

THIS POLICY
IS NON-ASSESSABLE



Small details. Big difference.™

a mutual company

**BUSINESSOWNERS
POLICY**

www.societyinsurance.com

BP500 (07-19)

**Exhibit B(6) 0001**

THESE POLICY PROVISIONS WITH THE INFORMATION PAGE AND ENDORSEMENTS,
IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THIS POLICY.

**NOTICE**

**The insured who is named herein is hereby notified that by virtue of this policy is a member of SOCIETY INSURANCE, a mutual company, and is entitled to vote either in person or by proxy at any and all meetings of the company. The annual meetings are held at the home office at Fond du Lac, Wisconsin, on the second Monday of March in each year at 2:00 p.m.**

In Witness Whereof, we have caused this policy to be executed and attested.

*Secretary*
*Tom Gross*

*President*
*Rick Parks*

# SOCIETY INSURANCE, A MUTUAL COMPANY

150 Camelot Drive P.O. Box 1029, Fond du Lac, WI 54936-1029

## BUSINESSOWNERS

RENEWAL DECLARATION

| POLICY NO: ROP 550928-8 |
|---|
| RENEWAL OF ROP 550928-7 |

**ACCOUNT NUMBER:**

| NAMED INSURED AND MAILING ADDRESS | AGENCY AND MAILING ADDRESS   20134 000 |
|---|---|
| LNN Inc<br>DBA Wingstop<br>7140 W Armitage Ave<br>Chicago, IL 60707-3814 | Serpe Insurance<br>2538 N Lincoln<br>Chicago, IL 60614 |

**POLICY PERIOD:** FROM 04/10/2020 TO 04/10/2021 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**THE NAMED INSURED IS:** Corporation    **BUSINESS DESCRIPTION:** See Described Premises section

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

### DESCRIBED PREMISES

| Prem. No. | Bldg. No. | Premises Address: | Description | Construction Type | Protection Class |
|---|---|---|---|---|---|
| 1 | 1 | 1740 N Harlem Ave,<br>Elmwood Park, IL 60707 | Tavern/Restaurant | Joisted Masonry | 4 |

## SECTION I – PROPERTY

### Property Coverage Limits Of Insurance**

| Prem. No. | Bldg. No. | Classification No. | Type Of Property | Valuation Option | Automatic Increase Limit (Percentage) | Business Personal Property – Seasonal Increase (Percentage) | Limit Of Insurance* |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | Business Personal Property-Fast Food Restaurants - NOC - Full Cooking | Replacement Cost | 4% | 25% | $        360,007 |

*Includes Automatic Increase Limit Percentage(if applicable)
**Business Income actual loss sustained for 12 months included subject to policy provisions.

### Deductibles (Apply Per Location, Per Occurrence)

| Prem. No. | Property Deductible | Windstorm Or Hail Percentage Deductible |
|---|---|---|

**Exhibit B(6) 0003**

# SOCIETY INSURANCE, A MUTUAL COMPANY

150 Camelot Drive P.O. Box 1029, Fond du Lac, WI 54936-1029

## BUSINESSOWNERS

RENEWAL DECLARATION

| | |
|---|---|
| **POLICY NO:** ROP 550928-8<br>**INSURED:** LNN Inc | **EFFECTIVE DATE:** 04/10/2020<br>**AGENT:** Serpe Insurance |

| | | |
|---|---|---|
| (Location 1, Building 1) | $ 1,000 | N/A % |

**Equipment Breakdown Protection Coverage Deductibles**

| Prem. No. | Bldg. No. | Deductible |
|:---:|:---:|---|
| 1 | 1 | $ 1,000 |

**Additional Coverages – Optional Higher Limits/Extended Number Of Days (Per Policy)**

| Coverage | Additional Premium | Limit Of Insurance/Extended Number Of Days | Deductible |
|---|---|:---:|---|
| **Extended Business Income – Extended Number Of Days** | $ 0 | 60 | |

## SECTION II – LIABILITY AND MEDICAL EXPENSES

Each paid claim for the following coverages reduces the amount of insurance we provide during the applicable annual period. Please refer to the Businessowners Liability Coverage Form and any attached endorsements.

| Coverage | Limit Of Insurance | |
|---|---|---|
| **Liability And Medical Expenses** | $ 1,000,000 | **Per Occurrence** |
| **Medical Expenses** | $ 5,000 | **Per Person** |

**Exhibit B(6) 0004**

# SOCIETY INSURANCE, A MUTUAL COMPANY
150 Camelot Drive P.O. Box 1029, Fond du Lac, WI 54936-1029
## BUSINESSOWNERS
RENEWAL DECLARATION

| | |
|---|---|
| **POLICY NO:** ROP 550928-8 | **EFFECTIVE DATE:** 04/10/2020 |
| **INSURED:** LNN Inc | **AGENT:** Serpe Insurance |

| Coverage | Limit Of Insurance | |
|---|---|---|
| **Damage To Premises Rented To You** | $ | 100,000  **Any One Premises** |
| **Other Than Products/Completed Operations Aggregate** | $ | 2,000,000 |
| **Products/Completed Operations Aggregate** | $ | 2,000,000 |

| | |
|---|---|
| TOTAL BUSINESSOWNERS POLICY PREMIUM | $ |

| | |
|---|---|
| TOTAL PREMIUM | $ |

**FORMS AND ENDORSEMENTS**
**APPLYING TO THIS COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:**
See Forms Schedule
**NOTE:  IF NO ENTRY APPEARS ON THE ABOVE ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.**

**Exhibit B(6) 0005**

# SOCIETY INSURANCE, A MUTUAL COMPANY

150 Camelot Drive P.O. Box 1029, Fond du Lac, WI 54936-1029

## BUSINESSOWNERS LIABILITY

RENEWAL DECLARATION

**LOCATION OF ALL PREMISES YOU OWN, RENT OR OCCUPY:**

1  1740 N Harlem Ave, Elmwood Park, IL 60707 4304

| LOC | CLASSIFICATION | CODE | PREMIUM BASIS | EXPOSURE | PMS RATE | PDTS RATE | OTHER RATE | PD DED APPLIES |
|---|---|---|---|---|---|---|---|---|
| 1 | Restaurants – with sales of alcoholic beverages that are less than 30% of the total annual receipts of the restaurants – without table service | 16911 | Square Footage | | | | | |
| 1 | TopChoice, Liquor Sales Less Than Or Equal To 25% | 58161 | Gross Sales | | | | | |

| | |
|---|---|
| TOTAL BUSINESSOWNERS LIABILITY PREMIUM | $ |

| | |
|---|---|
| TOTAL PREMIUM | $ |

**FORMS AND ENDORSEMENTS**
**APPLYING TO THIS COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:**
See Forms Schedule

**NOTE:  IF NO ENTRY APPEARS ON THE ABOVE ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.**

**Exhibit B(6) 0006**

# SOCIETY INSURANCE, A MUTUAL COMPANY

150 Camelot Drive P.O. Box 1029, Fond du Lac, WI 54936-1029

**BUSINESSOWNERS PACKAGE POLICY**

PREMIUM SUMMARY

| | |
|---|---|
| TOTAL BUSINESSOWNERS PREMIUM | $ |

| | |
|---|---|
| BALANCE TO MINIMUM BUSINESSOWNERS PREMIUM | $ |

| | |
|---|---|
| TOTAL BUSINESSOWNERS LIABILITY PREMIUM | $ |

| | |
|---|---|
| TOTAL SURCHARGE | $ |

| | |
|---|---|
| TOTAL BUSINESSOWNERS PACKAGE POLICY PREMIUM | $ |

**THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS, AND SUPPLEMENTAL FORM DECLARATION(S), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY**

**Exhibit B(6) 0007**

# SOCIETY INSURANCE, A MUTUAL COMPANY

150 Camelot Drive P.O. Box 1029, Fond du Lac, WI 54936-1029

## FORMS SCHEDULE

| | |
|---|---|
| **POLICY NO:** ROP 550928-8 | |
| **RENEWAL OF** ROP 550928-7 | |

**ACCOUNT NUMBER:**                                20134

**NAMED INSURED AND MAILING ADDRESS**       **AGENCY AND MAILING ADDRESS**    000

| NAMED INSURED AND MAILING ADDRESS | AGENCY AND MAILING ADDRESS |
|---|---|
| LNN Inc<br>7140 W Armitage Ave<br>Chicago, IL 60707-3814 | Serpe Insurance<br>2538 N Lincoln<br>Chicago, IL 60614 |

**POLICY PERIOD:** FROM 04/10/2020 TO 04/10/2021 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**NOTE: IF NO ENTRY APPEARS ON THE FOLLOWING ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.**

| BUSINESSOWNERS POLICY FORMS | |
|---|---|
| BP0154 01-18 | Illinois Changes |
| BP0503 01-06 | Illinois Liquor Liability Coverage |
| BP0643 04-06 | Illinois Changes - Defense Costs |
| BP0695 01-10 | Illinois - Employment-Related Practices Liability Endorsement |
| BP0417 01-10 | Employment-Related Practices Exclusion |
| BP0498 07-13 | Employee Benefits Liability Coverage |
| BP0515 01-15 | Disclosure Pursuant To Terrorism Risk Insurance Act |
| BP1203 01-10 | Loss Payable Clauses |
| TBP453 11-16 | Water Backup And Sump Overflow |
| TCE310 10-18 | TopChoice Extension Endorsement |
| TBP9 10-08 | Businessowners Common Policy Conditions |
| TBP84 05-15 | Property Enhancement Endorsement Green Environmental and Energy Efficiency Improvements |
| TBP6 05-15 | Businessowners Liability Coverage Form |
| TBP440 08-17 | Asbestos - Exclusion |
| TBP2109 12-15 | Exclusion - Unmanned Aircraft |
| TBP2 05-15 | Businessowners Special Property Coverage Form |
| TBP12 05-15 | Product Spoilage |
| SFE1 05-15 | Franchise Ext SFE1 |
| EPL120 10-08 | Liability to Non-Employees |
| BP1505 05-14 | Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability - Limited Bodily Injury Exception Not Included |
| SAI42 09-02 | Additional Insured - Designated Premises - Limited |

Exhibit B(6) 0008

5929 TBU SI756

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SOCIETY INSURANCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.    21 CV 2925 |
| | ) | |
| LNN INC., MNN INC., WING BROTHERS | ) | |
| INC., and YESENIA ESPARZA, | ) | |
| | ) | |
| Defendants. | ) | |

# EXHIBIT B(7)

## LNN 2021-2022 PRIMARY POLICY DECLARATIONS

THIS POLICY
IS NON-ASSESSABLE



**Small details. Big difference.™**

a mutual company

**BUSINESSOWNERS
POLICY**

www.societyinsurance.com

BP500 (07-19)

**Exhibit B(7) 0001**

THESE POLICY PROVISIONS WITH THE INFORMATION PAGE AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THIS POLICY.

**NOTICE**

**The insured who is named herein is hereby notified that by virtue of this policy is a member of SOCIETY INSURANCE, a mutual company, and is entitled to vote either in person or by proxy at any and all meetings of the company. The annual meetings are held at the home office at Fond du Lac, Wisconsin, on the second Monday of March in each year at 2:00 p.m.**

In Witness Whereof, we have caused this policy to be executed and attested.

*Secretary*
*Tom Gross*

*President*
*Rick Parks*

# SOCIETY INSURANCE, A MUTUAL COMPANY

### 150 Camelot Drive P.O. Box 1029, Fond du Lac, WI 54936-1029

## BUSINESSOWNERS

### RENEWAL DECLARATION

| | |
|---|---|
| **POLICY NO:** ROP 550928-9 | |
| **RENEWAL OF** ROP 550928-8 | |

**ACCOUNT NUMBER:**
**NAMED INSURED AND MAILING ADDRESS**

```
LNN Inc
DBA Wingstop
7140 W Armitage Ave
Chicago, IL 60707-3814
```

**AGENCY AND MAILING ADDRESS**   20134 000

```
Serpe Insurance
2538 N Lincoln
Chicago, IL 60614
```

**POLICY PERIOD:** FROM 04/10/2021 TO 04/10/2022 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**THE NAMED INSURED IS:** Corporation       **BUSINESS DESCRIPTION:** See Described Premises section

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

### DESCRIBED PREMISES

| Prem. No. | Bldg. No. | Premises Address: | Description | Construction Type | Protection Class |
|---|---|---|---|---|---|
| 1 | 1 | 1740 N Harlem Ave, Elmwood Park, IL 60707 | Tavern/Restaurant | Joisted Masonry | 4 |

## SECTION I – PROPERTY

### Property Coverage Limits Of Insurance**

| Prem. No. | Bldg. No. | Classification No. | Type Of Property | Valuation Option | Automatic Increase Limit (Percentage) | Business Personal Property – Seasonal Increase (Percentage) | Limit Of Insurance* |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | Business Personal Property-Fast Food Restaurants - NOC - Full Cooking | Replacement Cost | 4% | 25% | $       374,407 |

*Includes Automatic Increase Limit Percentage(if applicable)
**Business Income actual loss sustained for 12 months included subject to policy provisions.

### Deductibles (Apply Per Location, Per Occurrence)

| Prem. No. | Property Deductible | Windstorm Or Hail Percentage Deductible |
|---|---|---|

# SOCIETY INSURANCE, A MUTUAL COMPANY

150 Camelot Drive P.O. Box 1029, Fond du Lac, WI 54936-1029

## BUSINESSOWNERS

RENEWAL DECLARATION

| | |
|---|---|
| **POLICY NO:** ROP 550928-9<br>**INSURED:** LNN Inc | **EFFECTIVE DATE:** 04/10/2021<br>**AGENT:** Serpe Insurance |

| | | |
|---|---|---|
| (Location 1, Building 1) | $ 1,000 | N/A % |

| Equipment Breakdown Protection Coverage Deductibles | | |
|---|---|---|
| **Prem. No.** | **Bldg. No.** | **Deductible** |
| 1 | 1 | $ 1,000 |

| Additional Coverages – Optional Higher Limits/Extended Number Of Days (Per Policy) | | | |
|---|---|---|---|
| **Coverage** | **Additional Premium** | **Limit Of Insurance/Extended Number Of Days** | **Deductible** |
| **Extended Business Income – Extended Number Of Days** | $ 0 | 60 | |

## SECTION II – LIABILITY AND MEDICAL EXPENSES

Each paid claim for the following coverages reduces the amount of insurance we provide during the applicable annual period. Please refer to the Businessowners Liability Coverage Form and any attached endorsements.

| Coverage | Limit Of Insurance | |
|---|---|---|
| **Liability And Medical Expenses** | $ 1,000,000 | **Per Occurrence** |
| **Medical Expenses** | $ 5,000 | **Per Person** |

**Exhibit B(7) 0004**

# SOCIETY INSURANCE, A MUTUAL COMPANY

150 Camelot Drive P.O. Box 1029, Fond du Lac, WI 54936-1029

## BUSINESSOWNERS

RENEWAL DECLARATION

| | |
|---|---|
| **POLICY NO:** ROP 550928-9<br>**INSURED:** LNN Inc | **EFFECTIVE DATE:** 04/10/2021<br>**AGENT:** Serpe Insurance |

| Coverage | Limit Of Insurance | |
|---|---|---|
| **Damage To Premises Rented To You** | $ | 100,000   **Any One Premises** |
| **Other Than Products/Completed Operations Aggregate** | $ | 2,000,000 |
| **Products/Completed Operations Aggregate** | $ | 2,000,000 |

| | |
|---|---|
| TOTAL BUSINESSOWNERS POLICY PREMIUM | $ |

| | |
|---|---|
| TOTAL PREMIUM | $ |

**FORMS AND ENDORSEMENTS**
**APPLYING TO THIS COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:**
See Forms Schedule
**NOTE:  IF NO ENTRY APPEARS ON THE ABOVE ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.**

**Exhibit B(7) 0005**

# SOCIETY INSURANCE, A MUTUAL COMPANY

150 Camelot Drive P.O. Box 1029, Fond du Lac, WI 54936-1029

## BUSINESSOWNERS LIABILITY

RENEWAL DECLARATION

---

**LOCATION OF ALL PREMISES YOU OWN, RENT OR OCCUPY:**
1   1740 N Harlem Ave, Elmwood Park, IL 60707 4304

| LOC | CLASSIFICATION | CODE | PREMIUM BASIS | EXPOSURE | PMS RATE | PDTS RATE | OTHER RATE | PD DED APPLIES |
|---|---|---|---|---|---|---|---|---|
| 1 | Restaurants - with sales of alcoholic beverages that are less than 30% of the total annual receipts of the restaurants - without table service | 16911 | Square Footage | | | | | |
| 1 | TopChoice, Liquor Sales Less Than Or Equal To 25% | 58161 | Gross Sales | | | | | |

| | |
|---|---|
| TOTAL BUSINESSOWNERS LIABILITY PREMIUM | $ |

| | |
|---|---|
| TOTAL PREMIUM | $ |

---

**FORMS AND ENDORSEMENTS**
**APPLYING TO THIS COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:**
See Forms Schedule

**NOTE:  IF NO ENTRY APPEARS ON THE ABOVE ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.**

**Exhibit B(7) 0006**

# SOCIETY INSURANCE, A MUTUAL COMPANY

150 Camelot Drive P.O. Box 1029, Fond du Lac, WI 54936-1029
**BUSINESSOWNERS PACKAGE POLICY**
PREMIUM SUMMARY

| TOTAL BUSINESSOWNERS PREMIUM | $ |
|---|---|

| BALANCE TO MINIMUM BUSINESSOWNERS PREMIUM | $ |
|---|---|

| TOTAL BUSINESSOWNERS LIABILITY PREMIUM | $ |
|---|---|

| TOTAL SURCHARGE | $ |
|---|---|

| TOTAL BUSINESSOWNERS PACKAGE POLICY PREMIUM | $ |
|---|---|

**THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS, AND SUPPLEMENTAL FORM DECLARATION(S), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY**

# SOCIETY INSURANCE, A MUTUAL COMPANY

150 Camelot Drive P.O. Box 1029, Fond du Lac, WI 54936-1029

## FORMS SCHEDULE

**POLICY NO:** ROP 550928-9

**RENEWAL OF** ROP 550928-8

**ACCOUNT NUMBER:**                                                                            20134
**NAMED INSURED AND MAILING ADDRESS**                                                           000

| NAMED INSURED AND MAILING ADDRESS | AGENCY AND MAILING ADDRESS |
|---|---|
| LNN Inc<br>7140 W Armitage Ave<br>Chicago, IL 60707-3814 | Serpe Insurance<br>2538 N Lincoln<br>Chicago, IL 60614 |

**POLICY PERIOD:** FROM 04/10/2021 TO 04/10/2022 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**NOTE: IF NO ENTRY APPEARS ON THE FOLLOWING ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.**

| BUSINESSOWNERS POLICY FORMS | |
|---|---|
| BP0154 01-18 | Illinois Changes |
| BP0503 01-06 | Illinois Liquor Liability Coverage |
| BP0643 04-06 | Illinois Changes - Defense Costs |
| BP0695 01-10 | Illinois - Employment-Related Practices Liability Endorsement |
| BP0417 01-10 | Employment-Related Practices Exclusion |
| BP0498 07-13 | Employee Benefits Liability Coverage |
| BP0515 12-20 | Disclosure Pursuant To Terrorism Risk Insurance Act |
| BP1203 01-10 | Loss Payable Clauses |
| BP1505 05-14 | Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability - Limited Bodily Injury Exception Not Included |
| TBP453 11-16 | Water Backup And Sump Overflow |
| TCE310 10-18 | TopChoice Extension Endorsement |
| TBP9 10-08 | Businessowners Common Policy Conditions |
| TBP84 05-15 | Property Enhancement Endorsement Green Environmental and Energy Efficiency Improvements |
| TBP6 05-15 | Businessowners Liability Coverage Form |
| TBP440 08-17 | Asbestos - Exclusion |
| TBP2109 12-15 | Exclusion - Unmanned Aircraft |
| TBP2 05-15 | Businessowners Special Property Coverage Form |
| TBP12 05-15 | Product Spoilage |
| SFE1 05-15 | Franchise Ext SFE1 |
| EPL120 10-08 | Liability to Non-Employees |
| SAI42 09-02 | Additional Insured - Designated Premises - Limited |

**Exhibit B(7) 0008**