**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SOCIETY INSURANCE, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| v. | ) | Case No.  21 CV 2925 |
| | ) | |
| LNN INC., MNN INC., WING BROTHERS, INC., | ) | Hon. Harry D. Leinenweber |
| and YESENIA ESPARZA, | ) | |
| | ) | |
|     Defendants. | ) | |

**AGREED DISMISSAL ORDER**

THIS MATTER, coming before the Court by agreement of the parties and it appearing to the Court that this cause has been settled by agreement of the parties,

IT IS HEREBY ORDERED:

1.      The above-entitled cause is hereby dismissed with prejudice and without costs, pursuant to settlement.

ENTERED:

_____

Date: November 19, 2021

Prepared by:
Amy E. Frantz (#6312526)
PURCELL & WARDROPE CHTD.
Attorney for Society Insurance
AFrantz@pw-law.com
(312) 427-3900